MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Feb 06, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL BATTENFIELD,<br><br>Defendant. | CASE NO. 1:25-cr-00022-JLT-SKO<br><br>18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms without a License; 18 U.S.C. § 1001(a)(2) – Making Materially False Statements to Federal Agents; 18 U.S.C. § 922(a)(6) – Making False Statements in Connection with the Purchase of Firearms; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

# I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing and Manufacturing Firearms without a License]

The Grand Jury charges: T H A T

DANIEL BATTENFIELD,

defendant herein, beginning no later than on or about January 1, 2016, and continuing until at least July 24, 2024 in the County of Fresno, State and Eastern District of California, and elsewhere, not being a licensed dealer and manufacturer of firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing and manufacturing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

///

INDICTMENT                                             1

COUNT TWO: [18 U.S.C. § 922(a)(6) – Making a False Statement During Purchase of a Firearm]

The Grand Jury charges: T H A T

DANIEL BATTENFIELD,

defendant herein, on or about September 19, 2022, in the County of Tulare, State and Eastern District of California, in connection with the acquisition of a Sig Sauer Macro firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was not purchasing the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 922(a)(6).

COUNT THREE: [18 U.S.C. § 1001(a)(2) – Making A Materially False Statement to a Government Agent]

The Grand Jury charges: T H A T

DANIEL BATTENFIELD,

defendant herein, on or about August 9, 2024, in the County of Fresno, State and Eastern District of California, did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, by telling C.C., a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives that he had never sold firearms for profit and had never purchased a firearm with the intent to sell it to another individual who had previously ordered it. The statements and representation was false, fictitious and fraudulent because, as Daniel Battenfield then and there knew, he had repeatedly sold firearms for profit between 2016 and 2024, and had taken an order for a Sig Sauer firearm from another individual on or about September 18 -19, 2022, purchased that firearm from a firearms business within the Eastern District of California because of that order on September 19, 2022, and then fulfilled that order by transferring it to the individual who had placed the order on October 26, 2022.

All in violation of Title 18, United States Code, Section 1001(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of the offenses alleged in Counts One and Two of this Indictment, defendant DANIEL BATTENFIELD, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Two this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

MICHELE BECKWITH
Acting United States Attorney

**KIMBERLY A. SANCHEZ**
_____
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT            3