No. 1:25-cr-00022-JLT-SKO



FILED

Feb 06, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

## DANIEL BATTENFIELD

### I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms without a License; 18 U.S.C. § 1001(a)(2) – Making Materially False Statements to Federal Agents; 18 U.S.C. § 922(a)(6) – Making **False Statements in Connection with the Purchase of Firearms; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture**

*A true bill,*

/s/

Foreman.

*Filed in open court this* _____ *day*

*of* _____ , *A.D. 20* _____

Clerk.

*Bail, $* __AS PREVIOUSLY SET__

Eric P. Grosjean

GPO 863 525

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict)  ☑ YES  ☐ NO

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☐ INFORMATION  ■ INDICTMENT
☐ SUPERSEDING: CASE No.

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: FRESNO/TULARE COUNTIES

U.S.C. Citation: Please see charging documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**DEFENDANT -- U.S. vs.**
DANIEL BATTENFIELD

Address:

Birth Date: (Optional unless a juvenile)

■ Male  ☐ Female  ☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
SA CORTLAND COLLINS, ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

■ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO. 1:24-mj-140

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ

■ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ■ Is on Bail or Release from (show District) EDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo. Day Year

DATE OF ARREST ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Preliminary Examination set for 02/06/2025

## United States v. DANIEL BATTENFIELD
## Penalties for Indictment

### COUNT 1:

VIOLATION:     18 U.S.C. § 922(a)(1)(A) – Unlawful dealing in firearms

PENALTIES:     Maximum of 5 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

### COUNT 2:

VIOLATION:     18 U.S.C. § 1001(a)(2) – Making materially false statement to government agency

PENALTIES:     Maximum of 5 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

### COUNT 3:

VIOLATION:     18 U.S.C. § 922(a)(6) – Making materially false statement in purchase of firearms

PENALTIES:     Maximum of 10 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

### FORFEITURE ALLEGATION:

VIOLATION:     18 U.S.C. §§ 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:     As stated in the charging document