Law Office of Steven L. Crawford
Steven L. Crawford #166488
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant
  DANIEL BATTENFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DANIEL BATTENFIELD,<br><br>  Defendant. | Case No. 1:25-cr-00022 JLT/SKO<br><br>WAIVER OF DEFENDANT'S PRESENCE PURSUANT TO FRCP RULE 43<br><br>Judge: Hon. Sheila K. Oberto |

**DEFENDANT,** DANIEL BATTENFIELD, by and through his attorney and pursuant to FRCP Rule 43 does hereby waive his presence at any and all non-mandatory appearances. Counsel is requesting specifically this honorable court grant the defendant's waiver for the status hearing set for June 18, 2025 at 1 p.m.  The reason for this late filing is that counsel believed that the stipulation to continue the Status Hearing had been filed and relayed to the defendant that he did not have to take a day off of work because the hearing was to be continued. The stipulation was not filed and counsel was informed of such the morning of June 17, 2025. Counsel has spoken to Mr. Battenfield and was asked to file a waiver of appearance due to his not having informed his work that he needed the time off.  Mr. Battenfield has and continues to be in constant contact with my office and has never missed a court date.

Based on the foregoing, counsel is asking for the defendant's waiver to the status hearing on June 18, 2025.

Respectfully submitted,

Date: June 17, 2025

/s/   Steven L. Crawford
Steven L. Crawford
Attorney for Defendant
DANIEL BATTENFIELD

**O R D E R**

IT IS SO ORDERED.

Dated:   June 17, 2025

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge

USA v. Battenfield waiver of presence.

2