ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00022-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| DANIEL BATTENFIELD, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the status conference set for January 21, 2026 at 1:00 pm before the Honorable Sheila K. Oberto be continued to February 18, 2026 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.    The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2.    At the time of the last stipulation, the government had extended a plea offer.  The defendant, through counsel, has indicated that he is in general agreement with the terms of the plea, and counsel are negotiating final language for the agreement and factual basis.

3.    The parties believe a short continuance is necessary to finalize the language of the change of plea.

Stipulation

1

4.      Should the defendant reject the plea, the parties will pick trial dates at the proposed February 18, 2026 status conference.

5.      Should the parties be unable to reach agreement on the final language, the parties have already discussed tentative trial dates in the Fall of 2026.  Counsel for the Government is presently set for a four-month capital trial beginning July 2026; a motion to continue has been filed in that trial, and the Government is waiting to see when that trial is reset for in order to finalize trial dates. The Government anticipates a hearing and ruling on that motion to continue on February 2, 2026.

6.      By this stipulation, the parties now move to continue the status conference, and to exclude time from January 21, 2026 to February 18, 2026.

7.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

b)      The government does not object to the continuance.

c)      An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 21, 2026 to February 18, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv)

Stipulation

because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

8.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: January 12, 2026                         Respectfully submitted,

                                                ERIC GRANT
                                                United States Attorney

                                        By    /s/ Robert L. Veneman-Hughes
                                                ROBERT L. VENEMAN-HUGHES
                                                Assistant United States Attorney

Dated: January 12, 2026                         /s/ Steven Crawford
                                                STEVEN CRAWFORD
                                                Attorney for Daniel BATTENFIELD

ORDER

In light of the status of the case, the parties' request to continue the status conference from January 21, 2026, to February 18, 2026, at 1:00 p.m. is GRANTED. Time is excluded through February 18, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

The parties shall be prepared to select a mutually agreeable trial date at the February 18, 2026, status conference.

IT IS SO ORDERED.

Dated:    **January 13, 2026**              **/s/** *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

Stipulation                                3