ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL BATTENFIELD,<br><br>Defendants. | CASE NO. 1:25-CR-00022-JLT-SKO<br><br>STIPULATION TO CONTINUE SET CHANGE OF PLEA; ORDER |

IT IS HEREBY STIPULATED by and between the parties that the trial set for November 3, 2026 be vacated and the matter instead be set for change of plea before the Hon. U.S. District Judge Jennifer L. Thurston on November 30, 2026.

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties have reached a plea agreement, filed contemporaneously with this stipulation.

2. Because of the schedule of counsel and the need for counsel to prepare for the change of plea, the parties seek to set change of plea on November 30, 2026, and vacate the existing trial date.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery in preparation for change of plea and sentencing, in order to better assist in the preparation of the pre-sentence

report and any objections therof.

b) The government does not object to the continuance.

c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery and prepare for sentencing and the pre-sentence investigation.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 3, 2026 to November 30, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: October 19, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: October 19, 2026

/s/ Steven Crawford
STEVEN CRAWFORD
Attorney for Daniel BATTENFIELD

**ORDER**

IT IS SO ORDERED upon good cause that the trial is vacated, change of plea is set, and time is excluded for good cause as set forth above.

IT IS SO ORDERED.

Dated: _October 19, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE